JAMES U. DENNIS, as Executor of RICHARD D. LANKFORD, Deceased, Respondent, *v.* GENERAL ACCIDENT, FIRE AND LIFE ASSURANCE CORPORATION, LIMITED, OF PERTH, SCOTLAND, Appellant.

*Dennis* v. *General Accident, Fire & Life Assur. Corp., Limited, of Perth, Scotland,* 171 App. Div. 955, affirmed.

(Argued January 24, 1917; decided February 9, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 16, 1915, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover upon a policy of accident insurance. The testator was found dead in his bathroom with the gas turned on. The defense was suicide, the policy containing a

clause that " suicide, or any attempt thereat, is not covered under this policy."

*Harry B. Bradbury* for appellant.

*George B. Covington* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, CARDOZO and CRANE, JJ.    .